IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DANNY CARDENAS,<br><br>Petitioner.<br>_____ | No. C 12-1718 JSW (PR)<br><br>**ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>(Docket Nos. 5, 6) |

On April 5, 2012, Petitioner, a California prisoner, wrote a letter to the Court complaining that his constitutional rights were being violated. On the same day, the Clerk notified Petitioner that he had not filed a petition, and that he had neither paid the filing fee nor filed a completed application to proceed in forma pauperis ("IFP"). Along with these deficiency notices, the Clerk mailed to Petitioner the Court's petition and IFP forms, instructions for completing the forms, and a stamped return envelope. In the notices, Petitioner was informed that the case would be dismissed if he did not file a complaint and either pay the filing fee or file a completed IFP application within thirty days. Petitioner has filed IFP applications but he has still not filed a habeas petition. Accordingly, this case is DISMISSED without prejudice. The IFP applications are GRANTED.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: June 5, 2012

_____
JEFFREY S. WHITE
United States District Judge

|   |   |   |
|---|---|---|
| 1 | | UNITED STATES DISTRICT COURT |
| 2 | | FOR THE |
| 3 | | NORTHERN DISTRICT OF CALIFORNIA |

IN RE DANNY CARDENAS JR.,

    Plaintiff,

  v.

IN RE DANNY CARDENAS JR. et al,

    Defendant.
_____/

Case Number: CV12-01718 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny Cardenas G-36254
San Quentin State Prison
San Quentin, CA 94964

Dated: June 5, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk